UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

LUIS RENTAS

Case Number: 6:07-Cr-194-Orl-31GJK

USM Number: 59519-053

Michelle P. Smith, FPD
201 S. Orange Avenue #300
Orlando, FL 32801

JUDGMENT IN A CRIMINAL CASE
For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1-9 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for conduct: Disorderly Intoxication | July 27, 2007 |
| 2 | New conviction for conduct: Resisting an Officer Without Violence | March 31, 2007 |
| 3 | Failure to submit monthly reports | May 5, 2008 |
| 4 | Failure to Report | September 20, 2007 |
| 5 | Failure to Report | January 7, 2008 |
| 6 | Failure to work regularly at a lawful occupation | August, 2007 |
| 7 | Positive urinalysis for cannabinoids | November 9, 2007 |
| 8 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by law enforcement | December 15, 2007 |
| 9 | Failure to participate in drug aftercare treatment | February 26, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

7/17/2008

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

July  17 ,2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 Months**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal